UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN THE MATTER OF**:** **ROBERT WARREN EDWARDS**         CASE NO:  **19-00248-5-DMW**
**TRENA HARDISON EDWARDS**

**REPORT ON UNCLAIMED DIVIDENDS**

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT |
|---|---|
| **ROBERT WARREN EDWARDS**<br>**105 BARKSIDE LANE**<br>**NEW BERN, NC 28562** | **$5.00** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

May 5, 2020              /s/ Joseph A. Bledsoe, III
                  **JOSEPH A. BLEDSOE, III**
                  **CHAPTER 13 TRUSTEE**
                  **P. O. BOX 1618**
                  **NEW BERN, NC  28563**
                  **(252) 633-0074**