UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 19-00248-5-DMW |
| ) | |
| ROBERT WARREN EDWARDS ) | |
| SSN: XXX-XX-4963 ) | CHAPTER 7 |
| ) | |
| TRENA HARDISON EDWARDS ) | |
| SSN: XXX-XX-3733 ) | |
| ) | |
| ) | |
| DEBTORS. ) | |

## MOTION TO CONTINUE HEARING

**NOW COMES**, Caliber Home Loans, Inc. servicer for U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust (CHL), by and through its attorney, Joseph J. Vonnegut, and with the consent of Debtors' attorney and Trustee, and shows the court that a hearing is scheduled for May 21, 2020 at 10:00 am, in New Bern, North Carolina regarding CHL's Motion for Relief from Stay.  (*See,* Docket Entry No. 63.)

CHL and the Debtors' attorney, Blake Y. Boyette and the Trustee, John C. Bircher, III, are in the process of settlement negotiations and need a **60-day extension**. The Trustee anticipates attempting to sell the subject property.

WHEREFORE, CHL, by and through its attorney and with the consent of Debtors' attorney and Trustee, prays the Court that the hearing scheduled for May 21, 2020 at 10:00 am, in New Bern, North Carolina be rescheduled to a date and time convenient to the Court.

This, the 19th day of May 2020.

HUTCHENS LAW FIRM LLP

BY: */s/: Joseph J. Vonnegut*
JOSEPH J. VONNEGUT
Attorney for Caliber Home Loans, Inc.
NC State Bar No: 32974
Post Office Box 2505
4317 Ramsey Street
Fayetteville, North Carolina  28302
(910) 864-6888
(910) 864-6177 *fax*

Firm Case No:  1296047 (BK.FAY)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date this *MOTION TO CONTINUE HEARING* was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

<u>Debtors</u>:
Robert Warren Edwards
105 Barkside Lane
New Bern, NC 28562

Trena Hardison Edwards
105 Barkside Lane
New Bern, NC 28562

<u>Attorney for Debtors</u>:
Blake Y. Boyette
Stubbs & Perdue, P.A.
PO Box 1654
New Bern, NC 28563

<u>Chapter 7 Trustee</u>:
John C. Bircher, III
White & Allen, PA
1319 Commerce Drive
PO Drawer U
New Bern, NC 28563

Bankruptcy Court Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601

This, the 19th day of May 2020.

HUTCHENS LAW FIRM LLP

BY: */s/: Joseph J. Vonnegut*
JOSEPH J. VONNEGUT
Attorney for Caliber Home Loans, Inc.
NC State Bar No: 32974
Post Office Box 2505
4317 Ramsey Street
Fayetteville, North Carolina  28302
(910) 864-6888
(910) 864-6177 *fax*

Firm Case No:  1296047 (BK.FAY)